# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00091-CV

**RSVP RX #1, LLC; James Strader; and Global RX Partners, LLC, Appellants**

**v.**

**Royston Partners, LLC, Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-005507, THE HONORABLE MARIA CANTÚ HEXSEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants RSVP RX #1, LLC; James Strader; and Global RX Partners, LLC have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellants' Motion

Filed: May 9, 2025